UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

KIMBERLY J. COOK,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,

        Defendant.

No. 2:15-cv-00792-BJR

[PROPOSED] ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b)

THIS MATTER having come on regularly before the undersigned upon Plaintiff's Motion For Attorney's Fees Pursuant To 42 U.S.C. § 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that pursuant to 42 U.S.C. § 406(b), Plaintiff's attorney is awarded gross attorney's fees in the amount of $13,913.25, reduced by the amount of $4,224.22 to reflect the attorney's fees previously awarded pursuant to Equal Access to Justice Act (EAJA), leaving a net fee of $9,689.03. When issuing payment for attorney's fees pursuant to 42 U.S.C. § 406(b), the Social Security Administration is directed to pay Francisco Rodriguez the net balance due of

$9,689.03, minus any processing fees allowed by statute. Payment should be mailed to Francisco Rodriguez, Attorney at Law, P.O. Box 31844, Seattle, WA 98103.

DONE this 10th day of July, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE

Presented By:

s/ FRANCISCO RODRIGUEZ
Francisco Rodriguez, WSBA #22881
Attorney for Plaintiff
P.O. Box 31844
Seattle, WA 98103
Phone: (206) 414-8894
Fax: (206) 629-8975
Email: tr@titorodriguez.com

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42
U.S.C. § 406(b) (2:15-CV-00792-BJR) – 2

LAW OFFICE OF
FRANCISCO RODRIGUEZ
P.O. Box 31844 • Seattle, WA 98103
Tel (206) 414-8894 • Fax (206) 629-8975